In the Matter of the Claim of CLARA P. SOKENIS, Respondent, v. HERMAN STAR BAKERY et al., Appellants. WORKMEN'S COMPENSATION BOARD, Respondent.—

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.